RECEIVED

OCT 28 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RICHARD A. LABIT | CIVIL ACTION 15-1931 |
| VERSUS | JUDGE HAIK |
| WARDEN JERRY GOODWIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including the objections filed, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** that petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** as the claims are barred by the one-year limitation period codified at 28 U.S.C. 2244(d).

THUS DONE and SIGNED on this 28th day of October, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA